UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT W. JOHNSON,

      Plaintiff,

 -against-

MEGGESTO CROSSETT & VALERINO, LLP,

      Defendant.

24-cv-8869 (LTS)

CIVIL JUDGMENT

---

 For the reasons stated in the November 25, 2024, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 27, 2024
    New York, New York

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
         Chief United States District Judge